## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| WAAREE ENERGIES, LTD. and ISS GLOBAL FORWARDING TEXAS, LTD.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTIONS, and CHRIS MAGNUS, in his official capacity as Commissioner of United States Customs and Border Protection<br><br>Defendants, | Court No. 22-00296 |

### ORDER

Upon consideration of the Consent Motion to Stay ("Motion") filed by Plaintiff Waaree Energies, Ltd. and ISS Global Forwarding Texas, Ltd. and all other papers and proceedings herein, it is hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and it is further

**ORDERED** that the above-captioned proceeding is **STAYED**; and it is further

**ORDERED** that the parties shall submit a joint status report to the Court no later than 30 days after final and conclusive resolution of *Solar Energy Industries Association et al. v. United States et al.*, Fed. Cir. Case Nos. 2022-1392, including any further appeal therefrom.

Dated: October 21, 2022          /S/ Gary S. Katzmann
New York, NY                         Judge