UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 7A

Waaree Energies, Ltd. *et al.*,

                         Plaintiff,

      v.

United States *et al.*,

                         Defendant.

Court No.   22-00296

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: July 14, 2025

Jordan Charles Kahn
Attorney for Plaintiff

1201 New York Avenue, NW., Ste 650
Street Address

Washington, DC 20005
City, State and Zip Code

(202) 783-6881
Telephone No.

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk